IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| BOBBY WYNN, | : | |
| Petitioner, | : | |
| VS. | : | |
| | : | NO. 5:12-CV-320 (MTT) |
| Chief Jailer NEILSON, *et al.*, | : | |
| Respondents. | : | O R D E R |

Petitioner **BOBBY WYNN**, presently confined at the Bibb County Law Enforcement Center, has filed an application for writ of habeas corpus designated for the "Superior Court of Bibb County." In his petition, Petitioner appears to complain about his confinement since June 2012 on charges of armed robbery and violating his probation.

It appears that Petitioner has mistakenly filed his habeas corpus petition in this Court. Petitioner used the habeas form for Georgia superior courts. Accordingly, the petition is hereby **DISMISSED WITHOUT PREJUDICE**, so that Petitioner may file it in the Bibb County Superior Court.

Even if Petitioner intended to file his habeas petition in this Court, it would be subject to dismissal. Petitioner may not file a federal habeas corpus action challenging his pretrial detention until after he has fully exhausted his state court remedies. **See Braden v. 30th Judicial Circuit Court**, 410 U.S. 484, 489-92 (1973) (exhaustion is necessary under section 2241 as well as section 2254). One of those remedies is filing

a habeas corpus action in state court.  **See** O.C.G.A. § 9–14–1(a) ("[a]ny person restrained of his liberty under any pretext whatsoever, except under sentence of a state court of record, may seek a writ of habeas corpus [from Georgia courts] to inquire into the legality of the restraint.").  <u>After</u> Petitioner has pursued all avenues available to him in the state courts, he may file a habeas petition in this Court.

The Clerk is **DIRECTED** to **RETURN** to Petitioner his original filing.  For Petitioner's information, the address of the Superior Court of Bibb County is 601 Mulberry Street, P.O. Box 216, Macon, Georgia 31201.

**SO ORDERED**, this 22nd day of August, 2012.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT